**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking  　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk  　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

January 30, 2008

U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

RE: CV 07-06051 EMC  JUANITA CORDOVA-v-SMITHKLINE BEECHAM CORP

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☐ Certified copy of docket entries.

   ☐ Certified copy of Transferral Order.

   ✔ Certified copy of Complaint.

   ✔ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

           Sincerely,
           RICHARD W. WIEKING, Clerk

           by: Sheila Rash
           Case Systems Administrator

Enclosures
Copies to counsel of record